UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIVERSIFIED MARINE TECH, INC.,**

    **Plaintiff,**

v.                                                                Case No. 8:08-cv-1393-T-TBM

**TUG VICTOR J. ALTMAN Official No.
297886 in rem and ALLIED MARITIME
INVESTMENTS, CORP., in personam,**

    **Defendants.**
_____/

## O R D E R

      THIS MATTER is before the court on **Claimant/Owner's Notice of Compliance with Order Dated December 5, 2008 and/or Motion to Lift Stay on Warrant of Arrest** (Doc. 74). By its pleading, Allied Maritime Investments Corp. ("Allied") seeks an Order lifting the stay of the warrant for arrest in rem of the Tug MARY L, which was issued on December 4, 2008. Plaintiff opposes the relief sought (Doc. 75). A hearing on this and other matters was conducted on January 13 2009. For the reasons stated more thoroughly at the hearing, the stay on the warrant of arrest is lifted. Upon arrest of the vessel, the Tug MARY L shall be maintained in Tampa.

      **Done and Ordered** in Tampa, Florida, this 14th day of January 2009

                                                                  _____
                                                                  THOMAS B. McCOUN III
                                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
United States Marshal's Office